JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSIRIS RICHARD ABENOJA,<br><br>       **Plaintiff(s),**<br><br>    v.<br><br>CITY OF GARDEN GROVE POLICE DEPARTMENT, ET AL,<br><br>       **Defendant(s).** | CASE NO. SA CV10-0535-DOC(MLGx)<br><br>**ORDER OF DISMISSAL** |

The Court, having issued a Minute Order on July 9, 2010 which gave plaintiff fourteen days in which to file an amended pleading, and no response having been filed with the Court,

IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to timely file an amended complaint.

DATED: August 11, 2010

_____
DAVID O. CARTER
United States District Judge